FILED

MAR 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District _Delaware_ | |
|---|---|---|
| Name (under which you were convicted): _Daniel Paskins_ | | Docket or Case No.: _93-12-0531 thru 0535_ |
| Place of Confinement: _Delaware Correctional Center_ | | Prisoner No.: _203178_ |
| Petitioner (include the name under which you were convicted) _Daniel Paskins_ | Respondent (authorized person having custody of petitioner) v. _Thomas Carrcil_ | |
| The Attorney General of the State of _Jane Brady_ | | |

PETITION                                        05 - 161

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    _Sussex County Superior Court_

    (b) Criminal docket or case number (if you know): _93-12-0531 thru, 0535_

2.  (a) Date of the judgment of conviction (if you know): _June 9th 1994_
    (b) Date of sentencing: _July 15th 1994_

3.  Length of sentence: _25 years_

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☐  No ☑

5.  Identify all crimes of which you were convicted and sentenced in this case: _____
    _4 counts 1st degree robbery_
    _1 count Possession of a deadly weapon by a during the commission_
    _of a felony._

6.  (a) What was your plea? (Check one)

    (1)   Not guilty ☑             (3)   Nolo contendere (no contest) ☐

    (2)   Guilty ☐                 (4)   Insanity plea ☐

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
    charge, what did you plead guilty to and what did you plead not guilty to? _Not guilty_
    _to all charges_

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑    Judge only ❑

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑   No ❑

8.   Did you appeal from the judgment of conviction?

Yes ☑   No ❑

9.   If you did appeal, answer the following:

(a) Name of court: _Delaware Supreme Court_

(b) Docket or case number (if you know): ~~N/A~~ _No. 294, 1994_

(c) Result: _Affirmed_

(d) Date of result (if you know): _March 15th 1995_

(e) Citation to the case (if you know): _N/A_

(f) Grounds raised: _Prosecutorial Misconduct, etc., I don't_

_recall everything_

(g) Did you seek further review by a higher state court?    Yes ❑   No ☑

If yes, answer the following:

(1) Name of court: _N/A_

(2) Docket or case number (if you know): _N/A_

(3) Result: _N/A_

(4) Date of result (if you know): _N/A_

(5) Citation to the case (if you know): _N/A_

(6) Grounds raised: _N/A_

(h) Did you file a petition for certiorari in the United States Supreme Court?    Yes ❑   No ☑

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions,
applications, or motions concerning this judgment of conviction in any state court?
Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Sussex County Superior Court_

(2) Docket or case number (if you know): _93-12-0531 thru 0535_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _Post-Conviction Motion 61_

(5) Grounds raised: _Illegal Arrest, No Appearance, no arraignment,_
_no indictment, invalid waiver, forged documents._

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or
motion?      Yes ☑ No ☐

(7) Result: _Denied_

(8) Date of result (if you know): _April 22nd 1996_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _Sussex Court Superior Court_

(2) Docket or case number (if you know): _93-12-0531 thru 0535_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _61 Motion_

(5) Grounds raised: _No Grand Jury Presentment_

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑    No ☑

(7) Result: _Denied_

(8) Date of result (if you know): _N/A_

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _Superior Court Sussex County_

(2) Docket or case number (if you know): _93-12-0531 thru 0535_

(3) Date of filing (if you know): _N/A_

(4) Nature of the proceeding: _61 Motion_

(5) Grounds raised: _No Appearance_

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❑    No ☑

(7) Result: _Denied_

(8) Date of result (if you know): _N/A_

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes ☑    No ❑

(2) Second petition:    Yes ☑    No ❑

(3) Third petition:    Yes ☑    No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _Abuse of time requirements_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_Paskins had an initial apperence for his Arrest on December 7th 1993 for Arrest number # 164927, his preliminary hearing was Continued from December 16th 1993 until December 23rd 1993 without cause, violating Superior Court rules, And constitutional rights._

(b) If you did not exhaust your state remedies on Ground One, explain why: _I did_

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Motion 61_

Name and location of the court where the motion or petition was filed: _Sussex County Superior Court, Georgetown, Delaware._

Page 7

Docket or case number (if you know): *No. 9312006327(R-8)*

Date of the court's decision: *December 6th 2004*

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑   No ☑

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Delaware Supreme*

*Court , Dover, Delaware*

Docket or case number (if you know): *N/A*

Date of the court's decision: *December 23d 2004*

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground One: *That*

*was All.*

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑   No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑   No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑   No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?          Yes ❑   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

   Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

   Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c)  **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏   No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a

    state trial court?        Yes ❏ No ❏

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❏   No ❏

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❏   No ❏

Page 12

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ☑ No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☑ No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

Federal District Court, Wilmington Delaware. Illegally Arrested. No Arraignment, Prosecutorial Misconduct, No Formal Appearance. 95-375-SLR

March 7th 1996

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ☐    No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: ~~Dennis No counsel present~~
Dennis Reardon
(b) At arraignment and plea: No Counsel present

(c) At trial: Edward Gill

(d) At sentencing: Edward Gill

(e) On appeal: Edward Gill

(f) In any post-conviction proceeding: Pro se

(g) On appeal from any ruling against you in a post-conviction proceeding: Pro se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☑ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _Sussex County Superior Court_

(b) Give the date the other sentence was imposed: _July 15th 1994_

(c) Give the length of the other sentence: _4½ years_

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❑    No ☑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _The factual predicate for this claim could not have been discovered previously through the exercise of due diligence, because of the clandestine methods used by state employees. It has been cited in the memorandum which is separate from this application, citing caselaw._

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: _Habeas Corpus_

_____

_____

or any other relief to which petitioner may be entitled.

_____
_N/A_
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on
_3-15-05_ (month, date, year).

Executed (signed) on _3-15-05_ (date).

_____
Signature of Petitioner

(A) the date on which the judgment became final by the conclusion of direct review or the
expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in
violation of the Constitution or laws of the United States is removed, if the applicant was
prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the
Supreme Court, if the right has been newly recognized by the Supreme Court and made
retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral
review with respect to the pertinent judgment or claim is pending shall not be counted toward
any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. *I would like to proceed in forma pauperis*

IN FORMA PAUPERIS DECLARATION

*Daniel Perkins*

[Insert appropriate court]

\* \* \* \* \*

*United States District Court*