IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Daniel Paskins,
   petition,

     v.

Thomas Carroll, warden,
Delaware Correctional Center,
and M. jane Brady, attorney General
of the State of Delaware

Civil Action No.   05- 161



FILED

MAR 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Memorandum of Law in Support of Petition
under 28 U.S.C. 2254 for a Writ of Habeas
Corpus, pursuant to 28 U.S.C. 2244(b)(2)(B)

Daniel Paskins was arrested on December 7th 1993 for a robbery in Lewes, Delaware, while incarserated Detective Brown of the Delaware State Police stated in his testimony that he made a second arrest of Paskins for another robbery in Rehoboth, Delaware, the robbery he now stands convicted of. Paskins believed that his arrest was illegal, it was stated at Paskins trial by Det. Brown, he made an arrest of Paskins on December 13th 1993, Paskins has argued for years this 2nd arrest was illegal. The fact of the matter is Det. Brown combined the two arrest into one making the original arrest of December 7th 1993 the initial appearance for December 13th 1993, the date Det. Brown testified under oath he made a 2nd arrest. These different dates are one date, confirmed by identical arrest numbers, see Ex. 1 and Ex. 2. Paskins could not have discovered previously the factual predicate for his claim through the exercise of due diligence, It's clear now Court of Common Pleas Rule 5(d), Superior court criminal rule 5(d) and Federal Rule of Criminal Procedure 5(c) were violated. These rules state; The magistrate judge must hold the preliminary hearing within a reasonable time, but no later than 10 days after the initial appearance if the defendant is in custody and no later than 20 days if not in custody. Paskins initial appearance was December 7th 1993 he was ordered tobe brought by committing magistrate on December 16th 1993 for arrest number 164927, see Ex. 3. Paskins was never brought to the courtroom. Ex. 4 will show the magistrate judge continued the hearing without the finding of extraordinary circumstances existing, nor was the delay indispensable to the interest of justice,U.S.C.A. Title 18 Crime and Criminal Procedure 3060(a)(b)(c), again, the Supreme Court determined that a hearing Magistrate must remain neutral and detached; he only need hear enough evidence to satisfy

himself that probable cause exist, Schramm v. State, Del. Supr., 366 A.2d 1185. The right to a preliminary hearing must be protected, and preserved to the end that innocent persons may have speedy exoneration and release; and it may not be avioded or delayed out of existence by prosecutorial tactics, State v. Wahl 263 A.2d at 302 The hearing magistrate continued Paskins hearing without cause failing to set forth "ends of justice", U.S. v. Kelly 45 F. 3d 45, 47. The tactic presented by the state in filing other charges actually prejudiced Paskins, U.S. v. Gouveia 467 U.S. 180, 192 (1984). The court abridged the privilege, and immunity given to Paskins in the Fourteenth Amendment by denying court of common pleas 5(d), Federal Rule of Criminal Procedure 5(c) andSuperior Court Criminal Rule 5(d) Paskins right to a compulsory process, and Speedy trial rights were all diminished by this court ruling, violating his sixth amendment right, and Art. I Sec. 7 of the Del. Const. A superior court judge agrees Paskins 10 day rule was violated, but disagrees with it being constitutional error. It's very clear in the Fourteenth Amendment that to abridge a privilege or immunity violates one's right, it's also clear that because of this violation everything after the scheduled day of the preliminary hearing of December 16th 1993 is unconstitutional, thus, the Fruit of the Poisonous Tree. It's clear that Paskins would have been exonerated if he had been brought for his prl. hearing of the 16th of December 1993, there was no probable cause to detain him, thus, a dismissal would have been required,an adjournment or postponement contrary to the provisions of such statutes has the legal effect of a dismissal of the proceedings for want of jurisdiction, and entitles accused to be discharged from custody, Michael v. Vamos, 60 N.E. 2d 305, 144 Ohio St. 628, 30 O.O 225. Cal.-Exparte Rosenblat, 51 C. 285. These facts underlying this claim, are proven,

and viewed in the light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense. The claim has never been presented, nor was deliberately withheld, it was newly uncovered because of state principles in which political expediency is placed above morality, and the use of craft and deceit to maintain the authority and carry out the policies of law. Paskins prays this court grant this writ of habeas corpus.

*[signature: Daniel Paskins]*

3-15-05

Ex. 1

Adult
Complaint and Warrant
In the JUSTICE OF THE PEACE COURT 03
In and for the county of SUSSEX, State of Delaware
State of Delaware vs DANIEL M PASKINS J

I, CHARLES C BROWN (04560), of TROOP 4 STATE POLICE do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the law of the State of Delaware by committing criminal acts in Sussex county on or about the date(s) and at or about the location(s) as indicated in Exhibit A hereto attached and made a part hereof.

WHEREFORE, your affiant prays that the above named accused may be forthwith approached and held to answer to this complaint consisting of 4 charges, and to be further dealt with as the law directs.

_____
Affiant

SWORN TO and subscribed before me this 07 day of December A.D., 1993.

_____
Judge/Master/Commissioner

============================================================================
(To be completed by Judge/Master/Commissioner)
Jurisdiction resides in Family Court because: (Check and complete as required)
A. _____ The crime was committed by a child
B. _____ A misdemeanor was committed against a child
C. _____ A misdemeanor was committed by one family member against another family member
D. _____ Other. Explain _____
============================================================================

WARRANT

TO ANY CONSTABLE or other authorized person:

WHEREAS, the foregoing complaint consisting of 4 charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and executed before me, and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take DANIEL M PASKINS J accused, and bring same before JUSTICE OF THE PEACE COURT 03, FORTHWITH, to answer said charges.

GIVEN UNDER MY HAND, this 07 day of December A.D., 1993.

_____
Judge/Master/Commissioner

Warrant executed by Det. C. Brown  DSP4 _____ (Name/Agency) on 7th day of Dec, 1993.
Police Complaint No 0793025395         WR:0493000818:WR

COPY

Appendix "F"

Exhibit A
State of Delaware vs DANIEL M PASKINS J
------------------------------------------------------------
                                    Court Case: 9312003318
------------------------------------------------------------
Complaint Number: 0793025395    Arrest Number: *164527*    Charge Sequence: 001
Charge: ROBBERY FIRST DEGREE
        -DISPLAYS WHAT APPEARS TO BE A DEADLY WEAPON
In Violation of: 11-DE-0832-00A2-F-B
Location of Violation: US 9  3/10MI W/O LEWES   CEDAR CHEST PKGE STORE
   TO WIT: DANIEL M PASKINS J, on or about the 6th day of December, 1993, in the
           county of Sussex, State of Delaware, did when in the course of
           committing theft, threaten to use force upon WENDY HUDGINS with the
           intent to compel WENDY HUDGINS to deliver up property consisting of
           APPROX $1000.00 IN US CURRENCY and when in the course of commission
           of the crime, he displayed what appeared to be a deadly weapon, to
           wit: REVOLVER

Complaint Number: 0793025395    Arrest Number: *164527*    Charge Sequence: 002
Charge: POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY
In Violation of: 11-DE-1447-0000-F-B
Location of Violation: US 9  3/10MI W/O LEWES   CEDAR CHEST PKGE STORE
   TO WIT: DANIEL M PASKINS J, on or about the 6th day of December, 1993, in the
           County of Sussex, State of Delaware, did knowingly possess a deadly
           weapon during the commission of a felony by possessing REVOLVER, a
           deadly weapon, during the commission of ROBBERY 1ST

Complaint Number: 0793025395    Arrest Number: *164527*    Charge Sequence: 003
Charge: POSSESSION OF DEADLY WEAPON BY PERSON CONVICTED OF A CRIME OF VIOLENCE
In Violation of: 11-DE-1448-00A1-F-F
Location of Violation: US 9  3/10MI W/O LEWES   CEDAR CHEST PKGE STORE
   TO WIT: DANIEL M PASKINS J, on or about the 6th day of December, 1993, in the
           county of Sussex, State of Delaware, did have in his possession
           REVOLVER, a deadly weapon as defined under 11 Del. C. sec. 222(5),
           after having pled guilty in Criminal Action No(s) 73900012611 in the
           Superior Court of the State of Delaware in and for SUSSEX on 06-03-90
           of the charges of ASSAULT 2ND .

Complaint Number: 0793025395    Arrest Number: *164527*    Charge Sequence: 004
Charge: CONSPIRACY  SECOND DEGREE
        -AGREEMENT TO ENGAGE IN FELONY CRIMINAL CONDUCT
In Violation of: 11-DE-0512-0001-F-G
Location of Violation: US 9  3/10MI W/O LEWES   CEDAR CHEST PKGE STORE
   TO WIT: DANIEL M PASKINS J, on or about the 6th day of December, 1993, in the
           County of Sussex, State of Delaware, did when intending to promote
           the commission of a felony, did agree with *BOYCE BILES* to engage
           in conduct constituting the felony of ROBBERY 1ST and did commit an
           overt act in the furtherance of said conspiracy by committing ROBBERY

*3318*

Exhibit B
Affidavit of Probable Cause

State of Delaware vs DANIEL M PASKINS J        Police Complaint Number: 0793025395
Also known as: DANNY                            SBI Number: 00203178
Date of birth: 06/21/1967        Sex: M         Race: B       Accused's age: 26
Eyes: BRO        Hair: BLK        Height: 601   Weight: 233
Accused's home add: 14 HARMON'S LANE            Social Security Number 221628326
                                                Driver's License DE - 0769295
: REHOBOTH, DE 199710000
                                                Name, Home and Work Addresses, and
Accused's Home Ph : 3022278738                  Telephone Numbers of Next of Kin
                                                or Parent/Guardian
Accused's employer: DEL STATE COLLEGE           : WALTER HARMON
                                                : 12 HARMON LANE

                                                : REHOBOTH BEACH, DE 199710000
Accused's Emp Pho: 3022271773                   Phone: 3022278432
                                                Work :

Relation: Vict to accused: STRANGER

Victim's Age : 27
Victim's D.O.B. : 02/08/1966
Date(s) and time(s) of offense: 12/06/1993 23:09
Location where offense occurred: US 9  3/10MI W/O LEWES   CEDAR CHEST PKGE STORE

Your affiant CHARLES C BROWN can truly state that:
1. ON 12-06-93 2309HRS CPL HAGEN FROM TROOP 7 RESPONDED TO A ROBBERY IN PROGRESS WHICH OCCURRED AT THE CEDAR CHEST PKGE STORE LOCATED ON US 9 3/10 MI W/O LEWES.
2. VIC WORKING IN THE PACKAGE STORE OBSERVED A BLACK MALE 600; 200LBS DRK COMPLEX WEARING A BLACK HOODED SWEATSHIRT, ENTER THE STORE AND GET A 6 PACK OF HEINEKEN AND BRING IT TO THE COUNTER. D-1 BOYCE BILES PULLED A LONG BARREL REVOLVER OUT AND POINTED IT AT THE VIC AND TOLD HER TO OPEN THE CASH REGISTER. VIC OPENED THE CASH REGISTER AND D-1 REACHED OVER THE COUNTER AND REMOVED THE MONEY. D-1 DEMANDED THE VIC GIVE HIM ALL THE MONEY, RAN AROUND THE COUNTER AND REMOVED US CURRENCY FROM ANOTHER CASH DRAWER FOR LOTTERY TICKETS. W-1 ANOTHER CLERK OBSERVED D-1 ALSO, D-1 FLED OUT THE STORE. W-1 CONTACTED 911 AND LOOKED OUT THE WINDOW AND SAW D-1 GET INTO PICKUP WITH A WHITE CAP AND DRIVE AWAY.
3. W-2 MANGLE WAS WALKING UP TO THE ENTRANCE OF THE STORE AND OBSERVED D-1 FLEEING FROM THE STORE AND SAW HIM GET IN THE ABOVE DESCRIBE PICKUP.
4. CPL HAGEN TROOP 7 RESPONDED TO THE CALL AND OBSERVED THE VEHICLE DRIVING AWAY FROM THE SCENE PURSUED THE VEHICLE AND STOPPED IT AT US 1 AND CR 12 CPL HAGEN ORDERED THE DEF'S OUT OF THE VEHICLE, D-3 WAS DRIVING THE VEHICLE, D-2 WAS SITTING IN THE MIDDLE AND D-1 WAS RIGHT PASSENGER. D-1 FLED FROM CPL HAGEN, RUNNING INTO A WOODED AREA. A SEARCH OF THE VEHICLE REVEALED A LONG BARRELED REVOLVER AND US CURRENCY LYING ON THE FLOOR.
5. DEF'S 2 AND 3 WERE TAKEN INTO CUSTODY AND TRANSPORTED TO TROOP 7. CPL HAGEN SEARCHED D-3 SNEAD AND LOCATED A SMALL AMOUNT OF MARIJUANA IN CONTAINER IN D-3'S POCKET.
6. D-1 WAS APPREHENDED BY LEWES PD AND TOT CPL HAGEN. WRITER INTERVIEWED THE VIC AND W-1 AND W-2. D-1 MATCHED THE DESCRIPTION GIVEN BY THE VIC

_/s/ Charles C Brown_
(Affiant)

_/s/ William F_____
(Judge-Master-Commissioner)
Sworn to and subscribed before me
this 07 of December, 1993

3318

Exhibit B
Statement of Probable Cause (Continued)

State of Delaware vs DANIEL M PASKINS J

    AND THE WIT'S. VIC, W-1 AND W-2 POSITIVELY IDENTIFIED D-1 IN A SHOW-UP AT TROOP 7.
7. D-1 PLED GUILTY FOR ASSAULT 2ND IN 1990 ; D-2 PLED GUILTY TO A ROBBERY 1ST IN 1988 MAKING BOTH DEF'S PROHIBITED.

Affiant:
CHARLES C BROWN TROOP 4 STATE POLICE Phone 0 Work 0

Victims:
WENDY HUDGINS

_____
Affiant

Sworn and subscribed before me this 07 day of December A.D., 1993

_____
Judge/Master/Commissioner

Ex. 2

Adult
Complaint and Warrant
In the JUSTICE OF THE PEACE COURT 03
In and for the county of SUSSEX, State of Delaware
State of Delaware vs DANIEL M PASKINS J

CHARLES C BROWN (04560), of TROOP 4 STATE POLICE do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the law of the state of Delaware by committing criminal acts in Sussex county on or about the date(s) and at or about the location(s) as indicated in Exhibit A hereto attached and made a part hereof.

WHEREFORE, your affiant prays that the above named accused may be forthwith approached and held to answer to this complaint consisting of 13 charges, and to be further dealt with as the law directs

_Det. Charles C. Brown 4560_
Affiant

SWORN TO and subscribed before me this 13 day of December A.D., 1993.

_____
Judge/Master/Commissioner

===============================================================
(To be completed by Judge/Master/Commissioner)
Jurisdiction resides in Family Court because: (Check and complete as required)
A. ____ The crime was committed by a child
B. ____ A misdemeanor was committed against a child
C. ____ A misdemeanor was committed by one family member against another family member
D. ____ Other. Explain _____

===============================================================
WARRANT

TO ANY CONSTABLE or other authorized person:

WHEREAS, the foregoing complaint consisting of 13 charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to and executed before me, and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take DANIEL M PASKINS J accused, and bring same before JUSTICE OF THE PEACE COURT 03, FORTHWITH, to answer said charges.

GIVEN UNDER MY HAND, this 13 day of December A.D., 1993

_____
Judge/Master/Commissioner

Warrant executed by _Det. C. Brown DSP4_ (Name/Agency) on ___ day of _DEC._, 19__.
Police Complaint No 0793025260      WR:0493000835:WR

Appendix "G"

```
                              Exhibit A
State of Delaware vs DANIEL M PASKINS J
----------------------------------------------------------------------
                                  Court Case: 9312006327
----------------------------------------------------------------------
Complaint Number: 0793025260    Arrest Number: 164927    Charge Sequence: 001
Charge: ROBBERY FIRST DEGREE
        - DISPLAYS WHAT APPEARS TO BE A DEADLY WEAPON
In Violation of: 11-DE-0832-00A2-F-B    93-12-0531       PS93-4710
Location of Violation: US 1  1/2 MI N/O  REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 4th day of December, 1993, in the
          county of Sussex, State of Delaware, did when in the course of
          committing theft, threaten to use force upon DENNIS FORD with the
          intent to compel DENNIS FORD to deliver up property consisting of
          $22.00 IN US CURRENCY and when in the course of commission of the
          crime, he displayed what appeared to be a deadly weapon, to wit: 25
          CAL SEMI AUTO HANDGUN

Complaint Number: 0793025260    Arrest Number: 164927    Charge Sequence: 002
Charge: ROBBERY FIRST DEGREE
        - DISPLAYS WHAT APPEARS TO BE A DEADLY WEAPON
In Violation of: 11-DE-0832-00A2-F-B    93-12-0532       PS93-4711
Location of Violation: US 1  1/2 MI N/O  REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 4th day of December, 1993, in the
          county of Sussex, State of Delaware, did when in the course of
          committing theft, threaten to use force upon GLEN SEYMORE with the
          intent to compel GLEN SEYMORE to deliver up property consisting of
          $50.00 IN US CURRENCY and when in the course of commission of the
          crime, he displayed what appeared to be a deadly weapon, to wit: 25
          CAL SEMI AUTO HANDGUN

Complaint Number: 0793025260    Arrest Number: 164927    Charge Sequence: 003
Charge: ROBBERY FIRST DEGREE
        - DISPLAYS WHAT APPEARS TO BE A DEADLY WEAPON
In Violation of: 11-DE-0832-00A2-F-B    93-12-0533       PS93-4712
Location of Violation: US 1  1/2 MI N/O  REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 4th day of December, 1993, in the
          county of Sussex, State of Delaware, did when in the course of
          committing theft, threaten to use force upon RAY WADE with the intent
          to compel RAY WADE to deliver up property consisting of $7.00 IN US
          CURRENCY and when in the course of commission of the crime, he
          displayed what appeared to be a deadly weapon, to wit: 25 CAL SEMI
          AUTO HANDGUN
```

Exhibit A
of Delaware vs DANIEL M PASKINS J
------------------------------------------------------------
                              Court Case: 9312006327
------------------------------------------------------------
Complaint Number: 0793025260    Arrest Number: *164927*    Charge Sequence: 004
Charge: ROBBERY FIRST DEGREE
       - DISPLAYS WHAT APPEARS TO BE A DEADLY WEAPON
In Violation of: 11-DE-0832-00A2-F-B   93-12-0534         PS93-4713
Location of Violation: US 1  1/2 MI N/O REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 4th day of December, 1993, in the
          county of Sussex, State of Delaware, did when in the course of
          committing theft, threaten to use force upon MICHAEL FLINT with the
          intent to compel MICHAEL FLINT to deliver up property consisting of
          $60.00 IN US CURRENCY AND WHEN IN THE COURSE OF COMMISSION OF THE
          CRIME, he displayed what appeared to be a deadly weapon, to wit: 25
          CAL SEMI AUTO HANDGUN

Complaint Number: 0793025260    Arrest Number: *164927*    Charge Sequence: 005
Charge: POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY
In Violation of: 11-DE-1447-0000-F-B   93-12-0535         PS93-4714
Location of Violation: US 1  1/2 MI N/O REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 4th day of December, 1993, in the
          County of Sussex, State of Delaware, did knowingly possess a deadly
          weapon during the commission of a felony by possessing 25 CAL SEMI
          AUTO HANDGUN, a deadly weapon, during the commission of ROBBERY 1ST

Complaint Number: 0793025260    Arrest Number: *164927*    Charge Sequence: 006
Charge: POSSESSION OF DEADLY WEAPON BY PERSON CONVICTED OF A CRIME OF VIOLENCE
In Violation of: 11-DE-1448-00A1-F-F   93-12-0536         PS93-4715
Location of Violation: US 1  1/2 MI N/O REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 4th day of December, 1993, in the
          county of Sussex, State of Delaware, did have in his possession 25
          CAL HANDGUN, a deadly weapon as defined under 11 Del. C. sec. 222(5),
          after having pled guilty in Criminal Action No(s) 0788004253 in the
          Superior Court of the State of Delaware in and for SUSSEX on 06-07-88
          of the charges of BURGLARY 1ST .

Exhibit A
of Delaware vs DANIEL M PASKINS J
--------------------------------------------------------------------------
                                        Court Case: 9312006327
--------------------------------------------------------------------------
Complaint Number: 0793025102    Arrest Number: 164927    Charge Sequence: 007
Charge: BURGLARY SECOND DEGREE
        - DWELLING
In Violation of: 11-DE-0825-0001-F-D   93-12-0537         PS93-4716
Location of Violation: CR 273  1MI W/O REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
          County of Sussex, State of Delaware, did knowingly and unlawfully
          enter a dwelling located at CR 273  1MI W/O REHOBOTH, with the intent
          to commit the crime of THEFT, therin.

Complaint Number: 0793025102    Arrest Number: 164927    Charge Sequence: 008
Charge: THEFT OF A FIREARM
In Violation of: 11-DE-1451-0000-F-F   93-12-0538         PS93-4717
Location of Violation: CR 273  1MI W/O REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
          County of Sussex, State of Delaware, did take, with intent to
          appropriate, property consisting of a firearm, belonging to DAVID W
          SCOTT, to wit: JAPANESE 25 CAL SEMI AUTO HANDGUN .

Complaint Number: 0793025102    Arrest Number: 164927    Charge Sequence: 009
Charge: THEFT OF A FIREARM
In Violation of: 11-DE-1451-0000-F-F   93-12-0539         PS93-4718
Location of Violation: CR 273  1MI W/O REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
          County of Sussex, State of Delaware, did take, with intent to
          appropriate, property consisting of a firearm, belonging to DAVID W
          SCOTT, to wit: 44 CAL SWEDISH PERCUSION REVOLVER .

Complaint Number: 0793025102    Arrest Number: 164927    Charge Sequence: 010
Charge: POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY
In Violation of: 11-DE-1447-0000-F-B   93-12-0540         PS93-4719
Location of Violation: CR 273  1MI W/O REHOBOTH
  TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
          County of Sussex, State of Delaware, did knowingly possess a deadly
          weapon during the commission of a felony by possessing 25 CAL
          SEMI-AUTO HANDGUN, a deadly weapon, during the commission of BURGLARY
          2ND

                                    Exhibit A
 of Delaware vs DANIEL M PASKINS J
------------------------------------------------------------
                                    Court Case: 9312006327
------------------------------------------------------------
Complaint Number: 0793025102       Arrest Number: *164927*       Charge Sequence: 007
Charge: BURGLARY SECOND DEGREE
        - DWELLING
In Violation of: 11-DE-0825-0001-F-D   *93-12-0537*        *PS93-4716*
Location of Violation: CR 273   1MI W/O REHOBOTH
 TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
         County of Sussex, State of Delaware, did knowingly and unlawfully
         enter a dwelling located at CR 273  1MI W/O REHOBOTH, with the intent
         to commit the crime of THEFT, therin.

Complaint Number: 0793025102       Arrest Number: *164927*       Charge Sequence: 008
Charge: THEFT OF A FIREARM
In Violation of: 11-DE-1451-0000-F-F   *93-12-0538*        *PS93-4717*
Location of Violation: CR 273   1MI W/O REHOBOTH
 TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
         County of Sussex, State of Delaware, did take, with intent to
         appropriate, property consisting of a firearm, belonging to DAVID W
         SCOTT, to wit: JAPANESE 25 CAL SEMI AUTO HANDGUN .

Complaint Number: 0793025102       Arrest Number: *164927*       Charge Sequence: 009
Charge: THEFT OF A FIREARM
In Violation of: 11-DE-1451-0000-F-F   *93-12-0539*        *PS93-4718*
Location of Violation: CR 273   1MI W/O REHOBOTH
 TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
         County of Sussex, State of Delaware, did take, with intent to
         appropriate, property consisting of a firearm, belonging to DAVID W
         SCOTT, to wit: 44 CAL SWEDISH PERCUSION REVOLVER .

Complaint Number: 0793025102       Arrest Number: *164927*       Charge Sequence: 010
Charge: POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY
In Violation of: 11-DE-1447-0000-F-B   *93-12-0540*        *PS93-4719*
Location of Violation: CR 273   1MI W/O REHOBOTH
 TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
         County of Sussex, State of Delaware, did knowingly possess a deadly
         weapon during the commission of a felony by possessing 25 CAL
         SEMI-AUTO HANDGUN, a deadly weapon, during the commission of BURGLARY
         2ND

Exhibit A
of Delaware vs DANIEL M PASKINS J

Court Case: 9312006327

Complaint Number: 0793025102   Arrest Number: *164927*   Charge Sequence: 011
Charge: POSSESSION OF DEADLY WEAPON BY PERSON CONVICTED OF A CRIME OF VIOLENCE
In Violation of: 11-DE-1448-00A1-F-F   *93-12-0541*   *PS93-4720*
Location of Violation: CR 273   1MI W/O REHOBOTH
TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
county of Sussex, State of Delaware, did have in his possession 25
CAL HANDGUN, a deadly weapon as defined under 11 Del. C. sec. 222(5),
after having pled guilty in Criminal Action No(s) 0788004519 in the
Superior Court of the State of Delaware in and for SUSSEX on 06-07-88
of the charges of BURGLARY 1ST .

Complaint Number: 0793025102   Arrest Number: *164927*   Charge Sequence: 012
Charge: THEFT
         - OVER $500
In Violation of: 11-DE-0841-0000-F-G   *93-12-0542*   *PS93-4721*
Location of Violation: CR 273   1MI W/O REHOBOTH
TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
County of Sussex, State of Delaware, did take with intent to
appropriate, property consisting of US CURRENCY SILVER COINS; CASE
KNIFE ; COSTUME JEWELRY , belonging to DAVID W SCOTT, and valued at
more than $500.00.

Complaint Number: 0793025102   Arrest Number: *164927*   Charge Sequence: 013
Charge: CRIMINAL MISCHIEF
         - UNDER $500 DAMAGE PROPERTY   *93-12-0069M*
In Violation of: 11-DE-0811-00A1-M-   *93-12-0543*
Location of Violation: CR 273   1MI W/O REHOBOTH
TO WIT: DANIEL M PASKINS J, on or about the 2nd day of December, 1993, in the
County of Sussex, State of Delaware, did intentionally cause damage
of less than $500.00 to property consisting of BRACKETS AND LOCKS FOR
ANDERSEN WINDOW belonging to DAVID W SCOTT.



Exhibit B
Affidavit of Probable Cause

| | |
|---|---|
| of Delaware vs DANIEL M PASKINS J | Police Complaint: 0793025260 |
| known as: DANNY | SBI Number: 00203178 |
| e of birth: 06/21/1967    Sex: M | Race: B     Accused's age: 26 |
| es: BRO     Hair: BLK    Height: 601 | Weight: 233 |
| cused's home add: 14 HARMON'S LANE | Social Security Number 221628326 |
| | Driver's License DE - 0769295 |
| : REHOBOTH, DE 199710000 | |
| | Name, Home and Work Addresses, and |
| Accused's Home Ph : 3022278738 | Telephone Numbers of Next of Kin |
| | or Parent/Guardian |
| Accused's employer: DEL STATE COLLEGE | : WALTER HARMON |
| | : 12 HARMON LANE |
| Accused's Emp Pho: 3022271773 | : REHOBOTH BEACH, DE 199710000 |
| | Phone: 3022278432 |
| | Work : |

Relation: Vict to accused:

Victim's Age :
Victim's D.O.B. :
Date(s) and time(s) of offense: 12/02/1993 17:30 thru 12/02/1993 20:30
Location where offense occurred: CR 273   1MI W/O REHOBOTH

Your affiant CHARLES C BROWN can truly state that:
1. ON 12-04-93 2000HRS DET MULLET INVESTIGATED A ROBBERY THAT OCCURRED AT THE RENEGADE NIGHT CLUB LOCATED AT US 1  1/2 MI N/O REHOBOTH
2. W-1 CHERYL RICE STATED THAT THE ACCUSED CAME INTO THE BAR AND ASKED TO USE THE TELEPHONE, HE MADE A PHONE CALL AND THEN MADE A VULGAR COMMENT TO W-1 AT THAT TIME W-1 ASKED THE ACCUSED TO LEAVE. W-1 DESCRIBED THE ACCUSED AS A BM APPROX 30YRS LARGE BUILD; 602 ; GLASSES; TRIMMED GOATEE DRK BLUE PARKA TYPE COAT. THE ACCUSED LEFT THE BAR AND WENT OUTSIDE.
3. VIC'S STATE THAT THEY WERE IN ROOM 102 ACROSS FROM THE BAR DRESSING FOR A SHOW THAT WAS GOING ON IN THE BAR. VIC'S STATE THAT THE ACCUSED CAME INTO THE ROOM WITH A SEMI-AUTO HANDGUN AND DEMANDED THAT THEY GIVE HIM THEIR MONEY. ACCUSED TOOK MONEY FROM EACH OF THE VIC'S AND THREATENED TO KILL THEM IF HE HAD TO. AFTER ACCUSED HAD THE MONEY HE FLED RUNNING TOWARD WOODS AND PATH THAT LEADS TO WEST REHOBOTH. VIC'S DESCRIBED THE ACCUSED AS BEING 602-605; LARGE BUILD; APPROX 30YRS; SHORT BLK HAIR; TRIMMED GOATEE; GLASSES; DRK BLUE PARKA; WHITE TENNIS SHOES. THE VIC'S DESCRIBED THE GUN AS A SEMI-AUTO WHICH LOOKED LIKE A GERMAN LUGER WITH A LONG BARREL.
4. AFFIANT PRESENTED A PHOTO LINEUP TO TWO  OF THE VIC'S AND THE W-1 AT THE TROOP, AT DIFFERENT TIMES. VIC'S AND W-1 POSITIVELY IDENTIFIED THE ACCUSED.
5. ACCUSED HAD BEEN CONVICTED OF BURGLARY 1ST IN SUPERIOR COURT COUNTY OF SUSSEX ON 06-07-88 AND IS PROHIBITED.
6. ACCUSED WAS ARRESTED FOR A ROBBERY 1ST ON 12-06-93 WHICH A PERCUSSION REVOLVER WAS USED IN THE ROBBERY. THE WEAPON WAS SEIZED FOR EVIDENCE

*(Affiant)*                                         *(Judge-Master-Commissioner)*
Sworn to and subscribed before me
this 13 of December, 1993

Exhibit B

Statement of Probable Cause (Continued)

State of Delaware vs DANIEL M PASKINS J

7. ON 12-02-93 2046HRS CPL OSTROSKI INVESTIGATED A BURGLARY WHICH OCCURRED AT THE RESIDENCE OF DAVID SCOTT LOCATED ON WESTSIDE DRIVE CR 273 1MI W/O REHOBOTH. THE INCIDENT OCCURRED BETWEEN THE HOURS OF 1730-2030. THE ACCUSED ENTERED THE RESIDENCE BY PRYING OPEN A WINDOW, ONCE INSIDE THE ACCUSED REMOVED A SMALL JEWELRY BOX , JEWELRY, US CURRENCY SILVER COINS VALUED AT $500. THE ACCUSED ALSO REMOVED A SIX SHOT PERCUSSION REVOLVER 6" BARREL SWEDISH MADE AND A JAPANESE 25 CAL SEMI-AUTO HANDGUN WHICH WAS DESCRIBED BY THE VIC AS LOOKING LIKE A GERMAN LUGER.

8. ON 12-13-93 AFFIANT SHOWED THE VIC THE REVOLVER CONFISCATED FROM THE ROBBERY WHICH THE ACCUSED INVOLVED IN. VIC POSITIVELY IDENTIFIED THE GUN AFFIANT CAN ALSO STATE THAT THE ACCUSED'S RESIDENCE ON HARMON DRIVE IS ACROSS A FIELD FROM THE VIC'S RESIDENCE.

==========================================================================

Affiant:
CHARLES C BROWN TROOP 4 STATE POLICE Phone 0 Work 0

_____
Affiant

Sworn and subscribed before me this 13 day of December A.D., 1993

_____
Judge/Master/Commissioner

Ex. 3

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE

STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

COURT NO. 3

COMMITMENT

The State of Delaware

Sussex County, ss.

To any constable and to the Department of Correction of the said State and County:

THIS IS TO COMMAND YOU, the said constable, forthwith to convey and deliver into custody of the Department of Correction of SCI in Sussex County the body of DANIEL M PASKINS J charged before said Justices of the Peace Court 3 on oath by CHARLES BROWN with violation of the below stated offenses of the Delaware Code of 1953 as amended.

AND WHEREAS, by my judgement the said defendant is commited in default of $ 61,500 secured bail. Appearance in SUSSEX COUNTY COURT OF COMMON PLEAS for Preliminary Hearing on Thursday December 16, 1993 at 09:00 AM

AND YOU, the said Department of Correction, are hereby required to receive the said defendant into your custody and him safely keep, until he be thence delivered by due course of law.

GIVEN under my hand and seal this 07 day of December, A.D. 1993.

_William F. Duck J_ (Seal)
Justice of the Peace

The total number of charges is 4

| Case Number | Statute | Offense | Amount of Bail |
|---|---|---|---|
| J3-9312003318-001 | 11:0832:00A2:F:B | ROBBERY FIRST DEGREE | 30,000 |
| J3-9312003318-002 | 11:1447:0000:F:B | POSSESSION OF A DEADLY WEAPON DURIN | 30,000 |
| J3-9312003318-003 | 11:1448:00A1:F:F | POSSESSION OF DEADLY WEAPON BY PERS | 1,000 |
| J3-9312003318-004 | 11:0512:0001:F:G | CONSPIRACY SECOND DEGREE | 500 |

NAME: DANIEL M PASKINS J    SBI: 00203178 / 01    SEX: M    RACE: B    DOB: 06/21/1967

93 DEC 7 AM 5 23 RECEIVED

_JUe Ct.3 $26.50_

Appendix "P"

3318

Ex. 4

IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

In the Matter of:  )
                   )
STATE OF DELAWARE, )
                   )
     Plaintiff,    )
                   )  Criminal Action Number 93-4474
vs.                )
                   )
DANIEL M. PASKINS, )
                   )
     Defendant.    )
- - - - - - - - - -

        Transcript of the Proceedings had in the above-entitled matter which came on for hearing before the Hon. William C. Bradley, Judge of said Court, on Thursday, the 16th day of December, 1993.

APPEARANCES:

        MELANIE M. WITHERS
        Deputy Attorney General
        In behalf of the Plaintiff.

Official Court Reporters
Court House
Georgetown, Delaware

Appendix "I"

MRS. WITHERS: Your Honor, I have an arraignment on ~~13 different charges on Mr.~~ Paskins.

THE COURT: Is Mr. Paskins here?

MRS. WITHERS: He's incarcerated.

THE COURT: Let's continue this matter.

MRS. WITHERS: We need to set bond on the additional charges at this time, Your Honor.

THE COURT: What's the recommendation of the State?

MRS. WITHERS: Your Honor, I have to look and see what the charges are -- Your Honor, $50,000.00 secured --

THE COURT: On the 13 charges?

MRS. WITHERS: At least.

THE COURT: All right. He hasn't made bond on the original charges?

MRS. WITHERS: I don't think so --

THE COURT: The minimum recommended amount on each of the charges -- all right.

- - - - - - - - - - -

CERTIFICATE OF REPORTER

STATE OF DELAWARE )
                  )
SUSSEX COUNTY     )

      I, Raymond F. Kenney, Court Reporter for the Court of Common Pleas of the County of Sussex, State of Delaware, do hereby certify that the foreging is a true and accurate transcript of the proceedings had in the said Court in Criminal Action Number 93-4474, had on the 16th day of December, 1993.

                                      _____
                                      Raymond F. Kenney,
                                      Court Reporter.