Date Printed: 2/8/2005

# Individual Statement
## For Month of February 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $32.06 |
|---|---|---|---|---|---|---|
| 00203178 | Paskins | Daniel | | | | |

Current Location: D/W

Comments:

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 2/1/2005 | $52.80 | $0.00 | $0.00 | $84.86 | 62206 | | D-BLDG12/24-1/23 | |
| Canteen | 2/2/2005 | ($39.75) | $0.00 | $0.00 | $45.11 | 63837 | | | |

Total Amount Currently on Medical Hold: $0.00           Ending Mth Balance: $45.11

Total Amount Currently on Non-Medical Hold: $0.00

*per your request.*

*Stacy Shane*
*support services deputy*

MAR 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE