3-24-05
Paskins v. Carroll et al
1:05-cv-161 SLR

FILED
MAR 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

In accordance to anti-terrorism law, I must first appeal to U.S. Court of Appeals in order to file this successive petition, unless the court finds some extraordinary circumstances. I don't wish to abuse the process, or undermine judicial officials, but this is a successive petition, and I haven't gone to the U.S. Court of Appeals first to proceed. In order to save the court time, and trouble, if the court finds no extraordinary circumstance in the petition, and won't review without permission from the Appeals Court, please void the petition, and allow myself to gain access through the Appeals process.

Daniel Paskins #203178
D-West D.C.C.
1181 Paddock Rd.