IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL PASKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-161-SLR |
| | ) | |
| THOMAS CARROLL, Warden, and M. JANE BRADY, Attorney General of the State of Delaware, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

ORDER

At Wilmington this 5th day of April, 2005;

IT IS ORDERED that petitioner Daniel Paskins' request to withdraw his § 2254 petition is granted. (D.I. 4) Petitioner acknowledges that his petition constitutes a second or successive habeas petition, and that he must first obtain permission from the Third Circuit Court of Appeals to file a second or successive petition before this court can review it.

_____
UNITED STATES DISTRICT JUDGE